<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-1099**

———————

PETER R. SUTHERLAND,

                                        Plaintiff - Appellant,

        versus

AUTUMN  CORPORATION,  d/b/a  Autumn  Care  of
Saluda,

                                        Defendant - Appellee.

———————

Appeal from the United States District Court for the Western Dis-
trict of North Carolina, at Shelby.  Lacy H. Thornburg, District
Judge.  (CA-98-270-4-T)

———————

Submitted:  May 31, 2001                Decided:  June 29, 2001

———————

Before WILLIAMS, TRAXLER, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Peter R. Sutherland, Appellant Pro Se.  James Columcille Dever,
III, MAUPIN, TAYLOR & ELLIS, P.A., Raleigh, North Carolina, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Peter R. Sutherland appeals the district court's order granting summary judgment in favor of his former employer, Autumn Corporation, in his civil action alleging retaliatory discharge in violation of the Americans with Disabilities Act of 1990, 42 U.S.C.A. §§ 12101-12213 (West 1995 & Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Sutherland v. Autumn Corp., No. CA-98-270-4-T (W.D.N.C. Dec. 14, 2000). Further, we deny Sutherland's motion to proceed in forma pauperis on appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED